IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN PEREZ, et al.,<br><br>      Plaintiffs,<br><br>   vs.<br><br>CSK AUTO, et al.,<br><br>      Defendant.<br>_____ / | CASE NO. CV-F-05-0383 LJO<br><br>**ORDER TO IMPOSE ADDITIONAL DISCOVERY SANCTION** |

This Court issued its November 28, 2005 order to compel plaintiffs Martin Perez and Bobby Alba's (collectively "plaintiffs'") F.R.Civ.P. 26(a)(1) initial disclosures, discovery responses, document production and deposition attendance. This Court ordered defense counsel to file and serve her declaration to itemize reasonable legal expenses to secure the order to compel plaintiffs' deposition attendance. On December 2, 2005, defense counsel filed her declaration to request a $543 sanction against plaintiffs and comprising $255 attorney fees (one hour multiplied by $255 hourly rate) and $288 court reporter fees to secure certificates of plaintiffs' non-appearance at their November 14 and 15, 2005 depositions. For the reasons discussed in its November 28, 2005 order, this Court finds that defendant CSK Auto ("CSK") is entitled to an additional $543 sanction against plaintiffs to address plaintiffs' failure to attend their November 14 and 15, 2005 depositions.

On the basis of good cause, this Court ORDERS plaintiffs, no later than December 19, 2005, to PAY CSK a $543 sanction for failure to attend their November 14 and 15, 2005 depositions.

IT IS SO ORDERED.

66h44d**Dated:    December 5, 2005            /s/ Lawrence J. O'Neill**

1

1                                                          UNITED STATES MAGISTRATE JUDGE